**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. 20mj 2144-Reid

**UNITED STATES OF AMERICA**

**vs.**

**EDWARD WALKER,**

**Defendant.**
______________________________/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __Yes X No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes X No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: ______________________________

Alejandra L. López
Florida Bar No. 37132
Assistant United States Attorney
Southern District of Florida
99 NE 4th Street
Miami, Florida 33132
Tel: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.

EDWARD WALKER,

*Defendant(s)*

Case No. 20mj 2144-Reid

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 24, 2020 through January 28, 2020 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1591(a) | Sex Trafficking of a Minor or by Force, Fraud, or Coercion. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Alex G. Loff, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/30/2020

[signature]
*Judge's signature*

City and state: Miami, Florida

Hon. Lisette M. Reid, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Alex G. Loff, a Special Agent with the Federal Bureau of Investigation ("FBI"), having been duly sworn, hereby depose and state:

**BACKGROUND**

1. I am a Special Agent with the FBI and have been so employed since March 2018. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 1591, 2422, 2423, 2251, and 2252, amongst others. Therefore, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code.

2. I currently serve as part of the Crimes Against Children group and the FBI Child Exploitation and Human Trafficking Task Force in the FBI's Miami Field Office. My duties include the investigation of crimes involving the sexual exploitation of minors, including the sex trafficking and commercial trafficking of minors and the possession and production of child pornography. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations, including undercover operations to recover juvenile victims of sex trafficking, and have executed search warrants that have led to seizures of child pornography.

3. This Affidavit is submitted in support of a criminal complaint charging that, from on or about January 24, 2020 continuing through January 27, 2020, Edward Walker ("WALKER") did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, advertise, maintain and solicit by any means a minor, that is, the Minor Victim, to engage in

commercial sex acts by mean of force, threats of force, or coercion, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(1), and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe the Minor Victim, that the Minor Victim had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2).

4. The statements contained in this Affidavit are based upon my own personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records obtained during the course of this investigation. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause.

**PROBABLE CAUSE**

5. On or about January 27, 2020, law enforcement located an online prostitution advertisement while conducting a prostitution investigation. The online advertisement was posted on January 25, 2020 at approximately 11:27 p.m. on a website "www.skipthegames.com" that is known to contain advertisements for commercial sex acts. The advertisement, entitled "Heyy new in area ♥ Foxxy ♥," stated the following:

"Hey im foxy aka toi new in this area looking for a great night and fun love giving massages and more

Slim beautiful exotic with sweet personality my goal is to please u and make sure we have a good night

I do multiple things can do dinner dates

Or companionship etc i have a foot fetish role play? I do it all

Must be clean and discreet everything covered

I absolutely love white men

Please no men under 40

No black men at all please thank u sorry

Mature only please any questions ask call can facetime if u have duo to speak and see im real 100 percent no explicit language please be respectful

No cheapies i bring what u need to the table no disappointment

Seven2o5one927six5."

6. Based on their training and experience, law enforcement knew that "Seven2o5one927six5" was a phone number at which "Foxxy" could be contacted. Subsequently, a law enforcement officer working in an undercover capacity (the "UC") contacted (720) 519-2765 via text message. Approximately 10 to 15 minutes later, an unknown female (later identified as "Victim 1") called the UC to arrange to meet up with him. In arranging where to meet the UC, Victim 1 stated that she believed she was in Kendall and told the UC they should meet at the Comfort Inn and Suites (the "hotel'), which is located at 3901 SW 117th Ave, Miami, Florida 33175. Victim 1 also specified that the date would cost $300 for one hour.

7. When the UC arrived at the hotel, he met Victim 1 at in the hallway on the second floor, and Victim 1 then guided him to Room 206. While inside the Room 206, Victim 1 undressed. Other law enforcement officers then knocked on the door and were allowed into the room by the UC. After identifying themselves as law enforcement, Victim 1 told agents that she was in Miami with her friends who she believed were at South Beach, identified as two females and one male. Victim 1 was then taken to Miami-Dade Police Department's Special Victim Bureau to be interviewed while other law enforcement remained at the hotel to establish surveillance of the room.

8. While conducting surveillance of Room 206, law enforcement observed a vehicle arrive and park at the hotel. A minor female (later identified as the "Minor Victim"), an adult female (later identified as "Female 1") and WALKER then exited the vehicle. The Minor Victim walked towards Room 206, while Female 1 and WALKER walked in another direction into the hotel. As the Minor Victim approached Room 206 she was taken into custody. A short time later, Female 1 and WALKER were also taken into custody as they approached Room 206. The Minor Victim, Female 1, and WALKER were then all taken to Miami-Dade Police Department to be interviewed.

**Interview of Victim 1**

9. Victim 1 was interviewed by law enforcement on or about January 28, 2020 through January 29, 2020. In the interview, Victim 1 stated she was from Connecticut, and that she knew the Minor Victim as "Red." She further stated she met the Minor Victim on a cellular telephone application ("app") "MeetMe" approximately two years ago. Victim 1 further stated that she met WALKER. Victim 1 further stated that the Minor Victim subsequently introduced her to WALKER.

10. Victim 1 further stated that the Minor Victim, Female 1, and WALKER were planning on moving to Arizona, but decided to come down to Miami for vacation before the move. WALKER told Victim 1 that there would be a lot of people in Miami because of the Superbowl and it would be a lot of fun. As a result, Victim 1 decided to join the Minor Victim, Female 1, and WALKER in their trip to Miami. Victim 1 stated that WALKER drove the three females down from Connecticut to Miami in his car. They stopped and spent a night in Daytona before continuing the drive to Miami, where they arrived on or about January 24, 2020. Victim 1 further stated that when they arrived, they checked into the Comfort Inn.

11. After arriving in Miami, Victim 1 stated that WALKER told the three females to dress nicely because he was taking them somewhere fun. When they went out later that evening, WALKER took the three women to a strip club. Victim 1 stated she assumed they were at strip club to get drugs and, in fact, she saw WALKER "do a transaction" and purchase plastic bags of cocaine. However, Victim 1 stated that WALKER also told the three women to "observe" what was happening in the strip club. During their time in the strip club, Victim 1 saw WALKER speaking alone with the manager. She later found out that WALKER had spoken to the manager to inquire about getting the three women work, but was told by the manager that, unless the women had IDs, they would not be able to work there.

12. After they went to strip club, WALKER took the three females to Marshall's store and bought the Minor Victim and Female 1 some high-heeled shoes. Victim 1 stated she stayed in the car and did not go into the Marshall's with the women and WALKER because she did not want anything to do with WALKER.

13. On or about January 25, 2020, WALKER told the three women that the group was running low on money. As a result, WALKER took the three women to Ocean Drive, in Miami Beach, Florida, and ordered the three women to "walk around" with their new shoes. I know from my training and experience that "walking around" is another term for "street walking" which is used to describe a prostitute walking around soliciting people for commercial sex acts. Victim 1 stated that the shoes become uncomfortable and the Minor Victim quickly got a blister on her foot, which began to bleed. WALKER then bought hydrogen peroxide and bandages, gave them to the Minor Victim, and told the Minor Victim to clean up and put her shoes back to continue walking. Because businesses on Ocean Drive generally close at 5:00 a.m., WALKER did not allow the women back into the hotel room until 6:00 a.m. when WALKER would be sure that all the

businesses were closed.

14. On or about January 26, 2020, WALKER ordered the women to go back to Ocean Drive at 8:00 a.m. to continue walking and trying to make money. WALKER then told the girls that no one was going to pay them just to hang out with them and that, eventually, they had to have to have sex with the men they met.

15. Victim 1 also stated that, at some point subsequent to their arrival in Miami, WALKER explained to Victim 1 what an "in-call" and an "out-call" was. She also stated that WALKER told her he always wanted to do "out-calls" because he didn't want anyone to coming into their place. I know from my training and experience that an "in-call" is a term used for when the customer travels to the girl for the prostitution act and an "out-call" is a term used for when the girl travels to the customer for the prostitution act. Victim 1 further stated that WALKER told the women that they were not to charge any sex act under $500 and were to charge anywhere from $500-$1,000. Victim 1 also stated that at one point WALKER bought the women a box of condoms at the CVS Pharmacy located near Ocean Drive.

16. After being driven to Ocean Drive by WALKER and walking for a while on his orders, the women did not make any money. Consequently, WALKER became upset at the women because they were not making any money.

17. As a result, Victim 1 stated that WALKER decided to advertise all three women online for commercial sex acts at "www.skipthegames.com" using their phone numbers on the advertisements as the contact phone number. Victim 1 further stated that WALKER demanded photographs from the three women of themselves. Victim 1 stated that, since she did not want to give WALKER any photos of herself, she gave WALKER photos she found on the internet that resembled her. Shortly thereafter, Victim 1 stated she began to receive phone calls from unknown

numbers, but ignored them because she did not want to do any "dates." In my training and experience, I know that a "date" is a term used to describe a prostitute engaging in a commercial sex act with a person in exchange for something of a monetary value.

18. On or about January 27, 2020, Victim 1 further stated that WALKER took the women to Ocean Drive and ordered the women back to make money by prostituting themselves. However, Victim 1 told WALKER she was feeling sick so she could stay in the car, which WALKER allowed her to do for an hour. Victim 1 stated she told WALKER she was not feeling well because she did not want to prostitute herself.

19. While Victim 1 was laying in the car, Female 1 called her and told her that she and the Minor Victim met two men who had a yacht. The women wanted Victim 1 to come with them to the yacht because the men had agreed to pay the women $300 each for sex acts, which was a part of following directions from WALKER to make money by prostituting themselves.

20. While deciding what to do, Victim 1 stated that she recalled that she had previously told WALKER that she wanted to go home. WALKER had responded that Victim 1 could catch a plane back home if she wanted, knowing that Victim 1 was afraid of heights. Therefore, Victim 1 told him she would get a train ride home. WALKER had told her it would take about two to three weeks to get home by train. However, Victim 1 later looked up how long it would take and how much it would cost, and saw that it would take a little over one day at a cost of $150.00 to get home by train. Because of the low cost and the fact WALKER had lied to her about the length of time of a return trip by train, Victim 1 agreed to go with the other women on the yacht in order to make enough money by prostituting herself to go home by train.

21. Shortly thereafter, the other women and the two men from the yacht picked Victim 1 up. They then all drove to the yacht. After arriving at the yacht, the Minor Victim immediately

went into the downstairs area of the yacht with one of the men ("Male 1"). The other male ("Male 2") tried to have sex with Female 1, but she told him she could not have sex because she was on her menstrual period. Male 2 then told Victim 1 that he wanted to have sex with her. Victim 1 stated she was nervous, but went to the downstairs area of the yacht with Male 2 and put a condom on him. However, Male 2 was drunk and could not achieve an erection. Female 1 tried to dance for him to help him achieve an erection, but it did not work. Therefore, they all agreed to try to have sexual intercourse again the next day. Despite this, Male 2 gave payment for Victim 1's time to Female 1 while Victim 1 was getting dressed, even though they did not have sexual intercourse. Victim 1 stated she then saw Female 1 give the money to the Minor Victim. Once they returned from the yacht and met up with WALKER, Victim 1 stated the Minor Victim gave WALKER the $600.00 Male 1 and Male 2 had paid the women.

22. Victim 1 also stated that WALKER once told her that he loves broken girls. As an example, Victim 1 stated that, at one point, WALKER shaved the heads of the Minor Victim and Female 1, and tried to convince Victim 1 to shave her head as well, but she did not let him. Victim 1 also stated that she saw WALKER threaten the Minor Victim by telling the Minor Victim that if she did not make him enough money by prostituting herself, he was going to punch her.

23. Victim 1 stated that, throughout her time in Miami, she wanted to go home and sent messages to her sister on Facebook Messenger stating her desire to go back home. Law enforcement then requested Victim 1 give consent to search her phone, which she gave. A review of Victim 1's cell phone revealed a message on Facebook Messenger from on or about January 24, 2020 at approximately 7:34 p.m. In the message, Victim 1's sister asks her, "You okay" to which Victim 1 replied, "A lil but im only here to make money once i make my mark im be back but im be [sic] sending money through western union." A further review of the message revealed

that on or about January 26, 2020 at approximately 12:38 a.m., Victim 1 sent her sister a series of messages stating, "Im ready to go the fuck home;" "Im bout to be pissed;" and "I want to go home."

24. Victim 1 gave consent for the search of her cellular telephone. A review of Victim 1's cellular phone revealed a contact saved under the name "Redd," whose the cellular telephone number was the same cellular number provided by the Minor Victim as her phone number. A further review of Victim 1's cellular telephone revealed the following text conversation between contact Redd and Victim 1:

| Date | Time (UTC) | From | To | Message |
|---|---|---|---|---|
| 1/15/2020 | 17:56 | Redd | VICTIM 1 | Awesome, so you basically moving with us. We gonna get a house in Arizona when we done hitting all the big cities. |
| 1/15/2020 | 17:57 | VICTIM 1 | Redd | Is Arizona hot ���? |
| 1/15/2020 | 17:57 | Redd | VICTIM 1 | Yessss and weed is legal as fuck |
| 1/15/2020 | 17:57 | VICTIM 1 | Redd | Oooo i like ���������� |
| 1/15/2020 | 17:58 | VICTIM 1 | Redd | Sold |
| 1/15/2020 | 17:58 | VICTIM 1 | Redd | I guess mi fi come |
| 1/15/2020 | 18:00 | Redd | VICTIM 1 | We got family down there that got 3 strip clubs that we bout a get into also |
| 1/15/2020 | 18:00 | Redd | VICTIM 1 | pack ur shit I'm coming to abduct u later ���� |
| 1/15/2020 | 18:02 | VICTIM 1 | Redd | Ok im pack now see yall later ���������� |
| 1/15/2020 | 18:16 | Redd | VICTIM 1 | Okay!! Ima let u know when we on the way������� |
| 1/15/2020 | 18:20 | VICTIM 1 | Redd | Ok cool |
| 1/15/2020 | 20:20 | Redd | VICTIM 1 | Nelle make sure you pack heels if u have them and hoe outfits. |

25. A further review of Victim 1's cellular phone revealed a contact saved under the name "Worth." The cellular telephone number listed for "Worth" was the same cellular number

9

WALKER provided to law enforcement as his own. Law enforcement also found Victim 1's cellular phone contained several messages from "Worth" to Victim 1 which supported the fact "Worth" was WALKER. For example, on or about January 6, 2020, "Worth" sent a text o Victim 1 stating, "Gmorning…again apologies for that mix up. My intentions were to link with you and let you know the following. We are leaving, moving from CT, 1st hitting the superbowl in Miami them Chicago, the NBA allstar weekend to new Orleans and marti gras." Then on or about January 9, 2020 "Worth" sent a few text messages to Victim 1 the stating, "I just wanted to extend an offer of leaving with me to you. Fresh start some travel and folx you know;" "We will be here til the 23rd, I'd love to see you and kick it before we go;" and "Further I wanna take you with me, let's talk, we are better than this." Finally, on or about January 22, 2020, "Worth" implores Victim 1 via text message to come away with him by stating. "Gmorning…how are things let's kick it, we are better than this and you need to make this move with me, get out of bpt, ct and the north east."

**Interview of the Minor Victim**

26. On or about January 28, 2020, law enforcement interviewed the Minor Victim. In her interview, the Minor Victim stated that she came to Miami for the Superbowl with her two friends and her uncle, who she identified as WALKER. The Minor Victim further stated that, while in Miami, WALKER brought them to South Beach and that the three women also went on a boat near Bayfront Park. The Minor Victim further stated that WALKER had taken her on a trip to Texas in the past. Finally, the Minor Victim stated that she had posted two online prostitution advertisements for herself - one on a website called Backpage.com when she lived in Connecticut and one while she was in Miami.

**Interview of Female 1**

27. On or about January 28, 2020, law enforcement also interviewed Female 1. Female 1 stated she met the Minor Victim and WALKER on the app MeetMe and, eventually, moved in with them. Female 1 further stated that the Minor Victim had been in a romantic/sexual relationship with WALKER for a few years. Female 1 also stated that she had never had sex for money before meeting WALKER and the Minor Victim and was "added in" to what WALKER and the Minor Victim were doing, but did not provide further details.

28. Female 1 further added that she, the Minor Victim, Victim 1, and WALKER came to Miami together for vacation. While in Miami, she stated that they all went out at night in South Beach and were told by WALKER to go up and down the street meeting people and going on "dates." In my training and experience, I know that a "date" is a term used to describe a prostitute engaging in a commercial sex act with a person in exchange for something of a monetary value. At one point, Female 1 admitted that the three women went out on a boat with two guys who they had negotiated with to be paid $600, $300 of which was paid ahead of time.

**Interview of WALKER**

29. On or about January 28, 2020, law enforcement interviewed WALKER, which was audio and video recorded. In his post-*Miranda* statement, WALKER stated that he came to Miami for the Superbowl "festivities" with the Minor Victim, Victim 1, and Female 1. WALKER further stated that he met the Minor Victim approximately one and a half years ago when she ran away from foster care and also stated that knew the Minor Victim's correct date of birth. WALKER also stated that the Minor Victim and Female 1 lived with him at his house, and that they were all planning on moving, possibly to Arizona.

30. Law enforcement had observed that the lock screen[1] of WALKER's cell phone depicted a selfie[2] photograph of himself and the Minor Victim. When asked why he had this photograph on his lock screen, WALKER stated they were close friends. WALKER denied that he was in a relationship with the Minor Victim, but stated that the Minor Victim wanted to be "Mrs. Walker" one day.

31. WALKER admitted to law enforcement that he had taken a vacation to Texas in the past with the Minor Victim and Female 1. When asked about the online prostitution advertisements of the Minor Victim, WALKER positively identified the Minor Victim as the person advertised, but denied knowing anything about the prostitution advertisements. Furthermore, WALKER continued to deny knowing anything about the advertisements even when confronted with the fact that there are 253 online prostitution advertisements posted for the Minor Victim in locations they had all travelled to together or lived together in: Connecticut, Texas, and Florida.

32. WALKER further stated that, while staying at the hotel in Room 206, Victim 1 had asked WALKER if she could have some time alone in the hotel room with a friend. Because of this, WALKER and the other women went to his vehicle to take a nap. After an hour, the Minor Victim went to check on Victim 1, at which time the group encountered law enforcement.

---

[1] A lock screen is the visual depiction that appears on the screen of a cell phone when the phone is not in use and locked. To get past the lock screen, the user would have to enter a passcode, password, or provide biometric data, such as a fingerprint.

[2] A selfie is a photograph in which one of the people in the photograph is also the person taking the photograph.

## CONCLUSION

33. Based on my training and experience, and as supported by the facts in this Affidavit, I respectfully submit that there is probable cause to believe that WALKER, did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, advertise, maintain and solicit by any means a minor, that is, the Minor Victim, to engage in commercial sex acts by mean of force, threats of force, or coercion, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(1), and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe the Minor Victim, that the Minor Victim had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Alex G. Loff, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 30th day of January, 2020.

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE